

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00205-CV

Trece **MEUTH**,
Appellant

v.

**CITY OF SEGUIN**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0546-CV-A
Honorable William Old, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the cause is REMANDED to the trial court for further proceedings.

It is ORDERED that appellant Trece Meuth recover her costs of appeal from appellee City of Seguin.

SIGNED July 17, 2019.

Liza A. Rodriguez, Justice